E-FILED
Tuesday, 20 June, 2006  03:10:59 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3291 |
| STEPHEN JOHNSON, | ) ) | |
| Defendant. | ) | |

## <u>OPINION</u>

JEANNE E. SCOTT, U.S. District Judge:

Based upon Plaintiffs' Motion for Default Judgment and Permanent Injunction (d/e 9), and for good cause appearing therefore, the Court allows the Motion.

THEREFORE, the Plaintiffs' Motion for Default Judgment and Permanent Injunction (d/e 9) is ALLOWED.  Judgment is entered in favor of the Plaintiffs Priority Records LLC, Arista Records LLC, BMG Music,

and UMG Recordings, Inc., and against the Defendant Stephen Johnson, as follows:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U S C. 5 504(c)(l)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $6,750.00.

2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of $335.00.

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Slippin'," on album "Flesh of My Flesh, Blood Of My Blood," by artist "DMX" (SR# 188-987);

- "You Know How We Do It," on album "Lethal Injection," by artist" Ice Cube" (SR# 198-283);

- "Aquemini," on album "Aquemini," by artist "Outkast" (SR# 264-092);

- "U Don't Have to Call," on album "8701," by artist "Usher" (SR# 307-207);

- "Rock Wit U," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);

- "Halfcrazy," on album "Juslisen," by artist "Musiq" (SR# 308-859);

- "Hello," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151);

- "Ride Wit Me," on album "Country Grammar," by artist "Nelly" (SR# 281-782);

- "Grindin'," on album "Lord Willin'," by artist "Clipse" (SR# 321-673);

4. Defendant shall be and hereby is further enjoined from directly or indirectly infringing on any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

5.      Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS THEREFORE SO ORDERED.

ENTER:   June 20, 2006.

FOR THE COURT:

_____ s/  Jeanne E. Scott _____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE